UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF NEW YORK**

THOMAS R. COLEMAN,
    Plaintiff

v.               05-CV-0176
                (NPM/GJD)

B.G. SULZLE, INC., and
ROBERT E. PIETRAFESA II, President,
    Defendants

---

| APPEARANCES: | OF COUNSEL: |
|---|---|
| MACKENZIE HUGHES LLP<br>Attorneys for Plaintiff<br>101 South Salina Street<br>P.O. Box 4967<br>Syracuse, New York 13221-4967 | ARTHUR W. WENTLANDT, ESQ.<br>W. BRADLEY HUNT, ESQ. |
| LANER, MUNCHIN, DOMBROW,<br> BECKER, LEVIN AND<br> TOMINBERG, LTD.<br>Attorneys for Defendants<br>515 North State Street, Suite 2800<br>Chicago, Illinois 60610 | GREGORY R. JAMES, JR. |
| HANCOCK & ESTABROOK, LLP<br>1500 Mony Tower I,<br>P.O. Box 4976<br>Syracuse, New York 13221 | MICHAEL J. SCIOTTI, ESQ. |

NEAL P. McCURN, Sr. District Court Judge

## ORDER OF AMENDMENT

This courts Memorandum-Decision and Order dated November 22, 2005 is

amended as follows:

> Page 4, line 4, delete the sentence:
>
> "However, the court denied defendants' summary judgment motion as to plaintiff's remaining ADEA claims – that he was terminated because of his age and that he was terminated in retaliation for complaining of age discrimination."

This sentence is corrected to read:

> "However, the court denied defendant's summary judgment motion as to plaintiff's remaining ADEA claim – that he was terminated because of his age."

IT IS SO ORDERED.

DATED: December 6, 2005
Syracuse, NY

_____
Neal P. McCurn
Senior U.S. District Judge